| | |
|---|---|
| 1 | ROBERT BARNES (State Bar No. 119515) |
| | CHRISTOPHER L. BURROWS (State Bar No. 222301) |
| 2 | KAYE SCHOLER LLP |
| | 1999 Avenue of the Stars, Suite 1700 |
| 3 | Los Angeles, California  90067 |
| | Telephone: (310) 788-1000 |
| 4 | Facsimile:  (310) 788-1200 |
| | E-Mail: rbarnes@kayescholer.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | PFIZER INC. (incorrectly sued here as "PFIZER, INC.") |
| 7 | CLAYEO C. ARNOLD (State Bar No. 65070) |
| | KIRK J. WOLDEN (State Bar No. 138902) |
| 8 | CLAYEO C. ARNOLD, A Professional Law Corporation |
| | 608 University Avenue |
| 9 | Sacramento, California  95825 |
| | Telephone: (916) 924-3100 |
| 10 | Facsimile:  (916) 924 1829 |
| | E-Mail: kirk@ccalawcorp.com |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | GARY BIRRER |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY BIRRER, | ) | Case No. 2:06-CV-00946-MCE-GGH |
|  | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND ORDER** |
|  | ) | **PENDING TRANSFER OF ACTION TO** |
| v. | ) | **MDL** |
|  | ) | |
| PFIZER, INC. and DOES 1 through 100, inclusive, | ) | |
|  | ) | |
| Defendants. | ) | |

IT IS STIPULATED AND AGREED between the parties through their counsel, subject to the Court's approval, and pursuant to Local Rules 6-144 and 83-143, as follows:

1.   Plaintiff GARY BIRRER filed this action on May 1, 2006 alleging he suffered personal injuries as a result of his use of the prescription medication Viagra.

/ / /

1

KAYE SCHOLER llp

1     2.     Numerous similar actions are currently pending In re Viagra Products Liability Litigation, MDL Case No. 1724, in the United States District Court for the District of Minnesota (hereinafter "MDL Court").

    3.     On July 10, 2006, this plaintiff effected personal service on Pfizer. By letter dated July 20, 2006 (copy attached), defendant Pfizer identified this action as a potential "tag along" action, and requested its transfer to the MDL Court.

    4.     The parties agree that this action is appropriate for transfer to the MDL Court, and stipulate to the transfer of this action to the MDL Court as soon as possible. The parties agree that all deadlines in this Court shall be stayed pending the most expeditious transfer of the action to the MDL Court.

    5.     The parties further agree that PFIZER's time to respond to the complaint shall be extended until thirty days after the action is docketed in the MDL Court.

    6.     This is the first request for an extension in this action.

Dated: July 27, 2006      KAYE SCHOLER LLP

/s/ Christopher L. Burrows
Attorneys for Defendant
PFIZER INC.

Dated: July 27, 2006      CLAYEO C. ARNOLD, A Professional Law Corporation

/s/ Kirk J. Wolden (as authorized on 7/27/06)
Attorneys for Plaintiff
GARY BIRRER

ORDER

Dated: July 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE